UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **LAURA MEDINA,** § § *Plaintiff*, § **v.** § § **ROSS STORES, INC., and** § **ROSS DRESS FOR LESS, INC.,** § § *Defendants*. § | EP-23-CV-00112-DCG |

### ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff and Defendants have settled their dispute and jointly stipulated to dismiss the above-captioned case with prejudice. Notice Settlement, ECF No. 8; Stipulation, ECF No. 10.

The Court accordingly **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear its own fees and costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 24th day of July 2023.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE